UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JESSE IBARRA,<br><br>    Plaintiffs,<br><br> vs.<br><br>ROBLES, et al.,<br><br>    Defendants. | 1:20-cv-01433-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 8.)**<br><br>**ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER**<br>**(ECF No. 6.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

  Adam Jesse Ibarra ("Plaintiff") is a prisoner proceeding *pro se* and in *forma pauperis* with this civil rights case pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On April 18, 2022, findings and recommendations were entered, recommending that this case be dismissed, without prejudice, for Plaintiff's failure to comply with a court order.  (ECF No. 8.)  Plaintiff was granted fourteen days in which to file objections to the findings and

1

recommendations. (Id.) The fourteen-day time period has passed, and Plaintiff has not filed objections or any other response to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the magistrate judge on April 18, 2022, are adopted in full;
2. This action is dismissed, without prejudice, based on Plaintiff's failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 10, 2022

SENIOR DISTRICT JUDGE

---

[1] On April 27, 2022, the findings and recommendations were returned in the mail by the United States Postal Service as undeliverable. A notice on the envelope stated: Undeliverable, Not in Custody. (Court Record.) Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).